UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Aneury Peralta,                                                   15 Civ. 4455 (PKC)

           Plaintiff(s),

    -against-                                                    ORDER

P.O. Steven Gliner,

           Defendant(s).
------------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

        Jury selection and trial in this case is set for February 3, 2020 at 10:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, NY.

        SO ORDERED.

                                            P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
           December 19, 2019