UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANEURY PERALTA,

                          Plaintiff,                        15 **CIVIL** 4455 (PKC)

                -against-                                 **JUDGMENT**

POLICE OFFICER STEVEN GLINER, SHIELD
NO. 26865,

                         Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable P. Kevin Castel, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
             February 6, 2020

                                                        **RUBY J. KRAJICK**

So Ordered:                                                       Clerk of Court

                                             BY:

U.S.D.J.                                                        **Deputy Clerk**